IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JARRICK EARL DENEWILER,

    Plaintiff,

v.

                                                            No. 23-cv-00863-KWR-KRS

STATE OF NEW MEXICO, SOUTHERN
NEW MEXICO CORRECTIONAL FACILITY,

    Defendants.

## ORDER TO PROVIDE A SIX-MONTH ACCOUNT STATEMENT

This matter is before the Court on Plaintiff Jarrick Earl Denewiler's Application to Proceed in District Court Without Prepaying Fees or Costs, filed October 2, 2023. (Doc. 2) (the "IFP Motion"). The IFP Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency within thirty days of entry of this Order. The failure to timely comply may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must file an inmate account statement reflecting transactions between April 2, 2023 and October 2, 2023. Failure to timely comply may result in dismissal of this case without further notice.

_____
UNITED STATES MAGISTRATE JUDGE