IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRICK EARL DENEWILER,

    Plaintiff,

v.

                                                No. 23-cv-00863-KWR-KRS

STATE OF NEW MEXICO, SOUTHERN
NEW MEXICO CORRECTIONAL FACILITY,

    Defendants.

### ORDER GRANTING MOTION TO EXTEND AMENDMENT DEADLINE

    This matter is before the Court on Plaintiff Jarrick Earl Denewiler's *Motion for Time Extension*, filed May 30, 2024. (Doc. 7) (the "Motion"). In a Memorandum Opinion and Order entered May 3, 2024, the Court set a deadline of June 2, 2024, for Plaintiff to file an amended complaint. (Doc. 5). In the Motion Plaintiff seeks to extend the deadline by thirty days. The Court finds good cause to grant the Motion such that Plaintiff shall have thirty days from the date of the entry of this Order to file an amended complaint. Failure to file an amended complaint by this deadline may result in dismissal of this case without further notice.

    **IT IS ORDERED** that the Motion **(Doc. 7)** is **GRANTED** such that the **deadline for Plaintiff to file an amended complaint is thirty days from the date of entry of this Order**. In all other respects, the Memorandum Opinion and Order entered May 3, 2024, remains in full force and effect.

_____
UNITED STATES MAGISTRATE JUDGE